IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:00-CR-15-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HERMAN BROWN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on defendant's motion requesting this court direct the Bureau of Prisons to grant defendant a full 12 months in a halfway house prior to release. Halfway house placement and timing is determined by the Bureau of Prisons. Therefore, this motion is DENIED.

This 30th day of March 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26